UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DAVID A. LUFKIN, SR., )
    Plaintiff, )
)
v. ) No. 3:10-CV-18
) (Phillips)
CAPITAL ONE BANK (USA), N.A. )
d/b/a CAPITAL ONE & CAPITAL ONE )
SERVICES, LLC., CHASE BANK USA, N.A. )
d/b/a AMAZON.COM/CHASE, and )
DISCOVER CARD, )
    Defendants. )

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss by defendants. Chase Bank USA, Capital One Bank, and Discover Bank. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiff David A. Lufkin, Sr., take nothing, and that the action is hereby **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff David A. Lufkin, Sr., their costs of action.

Dated at Knoxville, Tennessee, this _____ day of July, 2010.

                                                s/ Patricia L. McNutt
                                                Clerk of Court